**Teresa BROUSSARD, as Guardian of Austin Weaver, also known as John Doe, Plaintiff–Appellant,**

v.

**WALDRON SCHOOL DISTRICT; James Floyd, Individually and in his official capacity as Superintendent; Alice McConnell, Individually and in her official capacity as Principal; Gary Clepper, Individually and in his official capacity as School Resource Officer; David Maxwell, Individually and in his official capacity as School Mental Health Therapist, Defendants–Appellees.**

No. 12–3345.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 2, 2013.

Filed: Oct. 15, 2013.

Nader G. Afsordeh, Niswanger Law Firm, Theresa L. Caldwell, Little Rock, AR, Brett David Watson, Law Office of Brett D. Watson, PLLC, Searcy, AR, for Plaintiff–Appellant.

James Mitchell Llewellyn, Jr., William Powell Thompson, Thompson & Llewellyn, Fort Smith, AR, for Defendants–Appellees.

Before LOKEN, BYE, and BENTON, Circuit Judges.

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the

PER CURIAM.

Teresa Broussard, as guardian of Austin Weaver, appeals the district court's[1] adverse grant of summary judgment in this 42 U.S.C. § 1983 action. Upon de novo review of the record, *see Atkinson v. City of Mountain View, Mo.,* 709 F.3d 1201, 1207 (8th Cir.2013), we conclude that summary judgment was warranted for the reasons stated by the district court. We find no merit to the procedural matters Broussard has raised on appeal. The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

Western District of Arkansas.